# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

GEORGES ROUMAIN,           )
                          )
         PLAINTIFF,       )
                          )
vs.                       )     CASE NO.: _____
                          )
FEDERAL EXPRESS CORP.,     )
                          )
         DEFENDANT.    )

---

**DECLARATION OF FREDERICK L. DOUGLAS IN SUPPORT OF NOTICE OF
REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 [SUBJECT MATTER]
and 1332 [DIVERSITY], and 28 U.S.C. §1441**

---

I, FREDERICK L. DOUGLAS, hereby declare and state as follows:

1.     I am over the age of twenty-one and employed by Federal Express Corporation ("FedEx Express") as Lead Counsel. I am licensed to practice law in the States of Colorado, Georgia and Tennessee. I am Lead Counsel for Federal Express Corporation and I am lead attorney of record for defendant in the above-captioned matter.

2.     I commenced my employment with FedEx Express on October 1, 2001, and have knowledge of the facts contained herein, and if called and sworn as a witness herein, I could and would testify competently thereto.

3.     I make this declaration in support of the Notice of Removal of Civil Action.

4.     Federal Express Corporation was incorporated in the State of Delaware on or about June 24, 1971. Federal Express Corporation's world headquarters and principal place of business is located in Memphis, Tennessee.

5.     Attached hereto as <u>Exhibit 1</u>, is a true and correct copy of the computerized

Workday Summary for George Roumain, employee number 948477, reflecting that his hourly rate of pay was $18.37, effective October 2, 2016 (bates nos. Roumain – Workday Summary 017-018).

I declare under penalty of perjury under the laws of the State of Florida, and the laws of the United States, that the foregoing is true and correct and that this declaration was executed by me this 9th day of August, 2019, in Memphis, Tennessee.

FEDERAL EXPRESS CORPORATION

Frederick L. Douglas, Lead Counsel

Doc. No. 1357677

# EXHIBIT 1

View Worker: Georges Roumain (Terminated) (948477)

| Assignable Role | Worker | Role Enabled |
|---|---|---|
| Time Off Partner | | |
| Workforce Planning (LH) | Keith Thomas (651892) | FedEx Express US |
| Workforce Planning (SO) | Nathan Brewster (673870) | FedEx Express US |

## Personal

### Personal Information

Personal

- Gender
- Date of Birth
- Country of Birth
- Region of Birth
- City of Birth
- Marital Status
- Race/Ethnicity
- Citizenship Status
- Primary Nationality

## Documents

none entered

## Compensation

### Compensation

Totals

| Total Base Pay | Compensation Basis | Currency | Frequency |
|---|---|---|---|
| 18.37 | | 18.37 USD | Hourly |

Compensation

| | |
|---|---|
| Compensation Package | Compensation Package FXE-US |
| Grade | FXEUS_C2 |
| Grade Profile | FXEUS_C2B1 |
| Step | FXEUS_C2B102 - 18.37 USD |
| Total Base Pay Range | 17.43 - 0.00 USD Hourly |
| Company | 001 FedEx Express US |

Plan Assignments

Roumain - Workday Summary 017

View Worker: Georges Roumain (Terminated) (948477)

| Effective Date | Plan Type | Compensation Plan | Assignment |
|---|---|---|---|
| 10/02/2016 | Hourly | FXE-US Hourly Plan | 18.37 USD Hourly |

## Pay Change History

### Pay Change History

| Effective Date | Compensation Action | Reason | Total Base Pay | Currency | Frequency |
|---|---|---|---|---|---|
| 10/02/2016 | Ad-hoc Compensation Change | Request Compensation Change > Conversion > Conversion | 18.37 | USD | Hourly |
| 10/04/2015 | Ad-hoc Compensation Change | Request Compensation Change > Conversion > Conversion | 17.55 | USD | Hourly |

## Performance

### Reviews

The employee does not have any reviews.

## Performance Reviews

none entered

## Individual Goals

| | Goal Section Group | Goal | Description | Start Date | End Date | Category | Status | Weight | Due Date | Completed On | Associated Reviews | Milestones |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Development Plans

none entered

## Disciplinary Actions Summary

| Worker | Review | Disciplinary Action Reason Category | Disciplinary Action Reason | Corrective Action Type |
|---|---|---|---|---|

## Competencies

none entered

| Competency | Assessed Rating |
|---|---|

## Archived Goals

Roumain – Workday Summary 018