# Georges Roumain Plaintiff vs. Federal Express Corporation Defendant

**Broward County Case Number:** CACE19014382

**State Reporting Number:** 062019CA014382AXXXCE

**Court Type:** Civil

**Case Type:** Other - Discrimination Employment or Other

**Incident Date:** N/A

**Filing Date:** 06/28/2019

**Court Location:** Central Courthouse

**Case Status:** Pending

**Magistrate Id / Name:** N/A

**Judge ID / Name:** 13 Robinson, Michael A.

## – Party(ies)   Total: 2

| Party Type | Party Name | ❷ Address | ❷ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Roumain, Georges** | | |
| Defendant | **Federal Express Corporation** | | |

## – Disposition(s)   Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|
| Date | Disposition(s) | View | Page(s) |

## – Event(s) & Document(s)   Total: 9

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 07/16/2019 | **Filing Fee** | Payor: CHAD JUSTICE ; Userid: CTS-fg/t ; Receipt: 20191FA1A095983; ; Amount: $401.00 | | |
| 07/16/2019 | **Summons Issued Fee** | Payor: CHAD JUSTICE ; Userid: CTS-fg/t ; Receipt: 20191FA1A095983; ; Amount: $10.00 | | |
| 07/09/2019 | **Notice of Filing Designation of Emailing Addresses** | CORPORATE REPRESENTATIVE Party: *Plaintiff* Roumain, Georges | 📄 | 4 |
| 07/09/2019 | **eSummons Issuance** | Federal Express Corporation | 📄 | 3 |
| 07/09/2019 | **Notice of Taking Deposition** | CORPORATE REPRESENTATIVE Party: *Plaintiff* Roumain, Georges | 📄 | 4 |
| 06/28/2019 | **Civil Cover Sheet** | | 📄 | 2 |
| 06/28/2019 | **Complaint (eFiled)** | COMPLAINT AND DEMAND FOR JURY TRIAL Party: *Plaintiff* Roumain, Georges | 📄 | 14 |
| 06/28/2019 | **Notice of Service of Interrogs** | FEDERAL EXPRESS CORPORATION Party: *Plaintiff* Roumain, Georges | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 06/28/2019 | **Request for Production of Documents** | FEDERAL EXPRESS CORPORATION Party: *Plaintiff* Roumain, Georges | 📄 | 9 |

**— Hearing(s)**  Total: 0

**There is no Disposition information available for this case.**

**— Related Case(s)**  Total: 0

**There is no related case information available for this case.**