UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GEORGES ROUMAIN,

    Plaintiff,

v.                                             Case No.: 19-62082-CV-ALTMAN/Hunt

FEDERAL EXPRESS CORP.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, GEORGES ROUMAIN, and Defendant, FEDERAL EXPRESS CORP., by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a) with each party to bear its own attorneys' fees and costs.

Dated this 18th day of March, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Allison Wiggins* | */s/ Patrick K. Elliott* |
| **ALLISON WIGGINS** | **PATRICK K. ELLIOTT** |
| Florida Bar Number: 105733 | Florida. Bar Number: 1000970 |
| **LITTLER MENDELSON, P.C.** | **The Law Office of Patrick K. Elliott, PLLC** |
| 111 N. Orange Ave. | 100 S. Ashley Drive, Suite 600 |
| Suite 1750 | Tampa, FL 33602 |
| Orlando, FL 32801 | Direct Dial: (813) 379-3090 |
| 407-393-2900 | Facsimile: (813) 433-5126 |
| Fax: 407-393-2929 | Email: elliottp@employmentandconsumerlaw.com |
| Email: awiggins@littler.com | Email: assistant@employmentandconsumerlaw.com |
| ***Attorneys for Defendant*** | ***Attorney for Plaintiff*** |

- and -

*/s/ Frederick L. Douglas*
**FREDERICK L. DOUGLAS**

- 2 -

Admitted pro hac vice
**Federal Express Corporation**
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125
901-434-8519
Email: frederick.douglas@fedex.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Patrick K. Elliott*
**PATRICK K. ELLIOTT**